24064

Dr. Mary HAMMOND, Respondent v. PICKENS COUNTY DEPART-
MENT OF SOCIAL SERVICES, Ralph Miller, Connie Miller, and mi-
nors Doshia Miller and Billy Miller, minors under age 14 years, Defen-
dants, of whom Ralph Miller and Connie Miller are Petitioners.

(443 S.E. (2d) 913)

Supreme Court

*Thomas L. Bruce,* of *Legal Services Agency of Western Car-
olina, Inc.,* Greenville, *for petitioners.*

*J. Redmond Coyle;* and *R. Murphy Hughes,* Pickens, *for re-
spondent.*

*James Seigler,* Columbia, *for Pickens County Dept. of So-
cial Services.*

*Cheryl Aaron,* Clemson, *Guardian ad Litem, for children.*

Heard April 7, 1994.

Decided May 9, 1994.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

We granted the petition for writ of certiorari to review the
Court of Appeals' decision in *Hammond v. Pickens County
Department of Social Services,* Op. No. 93-UP-022 (S.C. Ct.
App. filed January 28, 1993). After careful consideration, we
hereby dismiss the petition for certiorari as improvidently
granted.